ORIGINAL

1  SANDRA R. BROWN
   Acting United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0721
        Facsimile: (213) 894-0141
7       E-mail:   John.Lulejian@usdoj.gov

8  Attorneys for Complainant
   UNITED STATES OF AMERICA

9




10            UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 IN THE MATTER OF THE          CV17-7820- FMD (MRW)
   EXTRADITION OF               No.
13
   PHILIP RICHARD POWERS,        REQUEST FOR EXTRADITION;
14                               EXHIBITS
   A Fugitive from the Government
15 of the Republic of Costa Rica. [18 U.S.C. § 3184]

16                               (UNDER SEAL)

17

18      The United States, acting in accordance with the Treaty

19 obligations to the Government of the Republic of Costa Rica, hereby

20 files its Request for Extradition of PHILIP RICHARD POWERS

21 ("POWERS"), along with the formal papers (with seals and ribbons)

22 supporting this Request, as required by the Extradition Treaty

23 Between the Government of the United States of America and the

24 Government of the Republic of Costa Rica, U.S.-Costa Rica, Dec. 4,

25 1982, S. Treaty Doc. No. 98-17 (1984).  Attached hereto is the

26 declaration from the United States Department of State and the

27 diplomatic note formally requesting the extradition (Exhibit A;

28 yellow ribbon) and the documentary evidence accompanying the Request

1  for Extradition (Exhibit B; red ribbon), received by the United

2  States from the Government of Costa Rica.  Based on these documents,

3  the United States, in fulfilling its treaty obligations to the

4  Government of Costa Rica, requests that POWERS be extradited pursuant

5  to Title 18, United States Code, Section 3184 and the Treaty on

6  Extradition between Costa Rica and the United States of America.

7      The fugitive, POWERS, was arrested pursuant to an arrest warrant

8  issued on June 16, 2017, by United States Magistrate Judge

9  Rozella A. Oliver, and came before the Court for an initial

10  appearance on August 7, 2017, before United States Magistrate Alka

11  Sagar in Case No. 17-1557 M.

12      Under the procedures of this Court, this extradition matter

13  should be assigned a new civil docketing number, a United States

14  District Judge, and a United States Magistrate Judge for further

15  extradition proceedings.

16  \\

17  \\

18  \\

19  \\

20  \\

21  \\

22  \\

23  \\

24  \\

25  \\

26

27

28

1        Filed concurrently herewith is the Government's Application for

2    Order Allowing Filing Under Seal of Original Formal Extradition

3    Documents.

4    DATED:   October 25, 2017          Respectfully submitted,

5                                       SANDRA R. BROWN
                                        Acting United States Attorney
6
7                                       LAWRENCE S. MIDDLETON
                                        Assistant United States Attorney
                                        Chief, Criminal Division
8

9                                       */s John J. Lulejian*
10                                      JOHN J. LULEJIAN
                                        Assistant United States Attorney
11
                                        Attorneys for Complainant
12                                      UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28